1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BLAKE; ROLANDO LUGO; BRITON DAVIS; TASHYIA SMITH; KYLE DAVIS; MARCO GUTIERREZ; GIOVANNI LOPEZ; AND ERIC KINDER,<br><br>            Plaintiffs,<br><br>      v.<br><br>CHEMTRADE WEST US, LLC, and DOES 1 through 10,<br><br>            Defendants. | Case No. 4:20-cv-07577-KAW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S PARTIAL MOTION TO DISMISS AND/OR STRIKE PLAINTIFFS' THIRD AMENDED COMPLAINT**<br><br>Hearing Date:    July 1, 2021<br>Hearing Time:    1:30 p.m.<br>Hearing Location: TBD |

47124263_1.docx

1  The Court, having considered defendant CHEMTRADE WEST US LLC's ("defendant")

2  Motion to Dismiss and/or Strike plaintiffs' Third Amended Complaint; Memorandum of Points and

3  Authorities; and having reviewed the exhibits, and for GOOD CAUSE shown, GRANTS

4  defendant's Motion and ORDERS:

5  1.  Plaintiffs' state law claims for failure to pay overtime wages fail as a matter of law

6  and must be dismissed because they are based on rights "arising" from the Collective Bargaining

7  Agreement ("CBA"), not under state law, and are therefore *per se* preempted by Section 301 of the

8  Labor Management Relations Act, 29 U.S.C. § 185 ("Section 301").

9  2.  Plaintiffs' state law claims for failure to pay overtime wages fail as a matter of law

10  and should be dismissed because they are preempted by Section 301 as they require interpretation

11  of the applicable CBA.

12  3.  Plaintiffs' Cause of Action for violation of the Unfair Competition Law, Cal. Bus. &

13  Prof. Code § 17200 et seq., fails as a matter of law because plaintiffs have not alleged that there is

14  an inadequate remedy at law and they therefore fail to state a claim for restitution.

15  Based on the foregoing, the Motion is GRANTED.

16  **IT IS SO ORDERED.**

17

18  Dated: _____

19  _____
    Hon. Kandis A. Westmore
    Magistrate Judge, United States District Court

20  47124263.1

21

22

23

24

25

26

27

28

47124263_1.docx

[PROPOSED] ORDER GRANTING DEFENDANT'S PARTIAL MOTION TO DISMISS AND/OR STRIKE
PLAINTIFFS' THIRD AMENDED COMPLAINT